

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00041-CV

**IN THE GUARDIANSHIP OF Leeman G. TISCHLER**, an Incapacitated Person

From the County Court, Guadalupe County, Texas
Trial Court No. 2012-GC-0010
Honorable Linda Z. Jones, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. Costs of the appeal are taxed against appellant.

SIGNED March 28, 2018.

_____
Rebeca C. Martinez, Justice